UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KRISTIN FEUERHAKE,  :
    Plaintiff,  :
    v.  :    CASE NO. 3:02CV810(RNC)
    :
epb communications, LLC, et al.,  :
    Defendants.  :

ORDER

Pursuant to the tailored scheduling order of September 6, 2002, a joint trial memorandum was due to be filed on or before September 30, 2003. Accordingly, it is hereby ordered that the joint trial memorandum be filed on or before November 17, 2003, together with a memorandum explaining why it was not filed in a timely manner.

So ordered.

Dated at Hartford, Connecticut this 17th day of October 2003.



Robert N. Chatigny
United States District Judge